Honorable Ronald B. Leighton
U.S. District Judge

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KRISTINE M. NEIDINGER,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF PIERCE; ELIZABETH W. EARP and JOHN DOE EARP and the marital community thereof; RICHARD D. MALIDORE and JANE DOE MALIDORE and the marital community thereof; JOHN DOE WILLIAMS and JANE DOE WILLIAMS and the marital community thereof; and JOHN DOE MacARTHUR and JANE DOE MacARTHUR and the marital community thereof,<br><br>Defendants. | NO. C10-5702 RBL<br><br>NOTICE OF APPEARANCE OF DEFENDANTS |

TO:   KRISTINE M. NEIDINGER, Plaintiff Above Named,

AND TO:   CHRISTOPHER TAYLOR, Attorney for Plaintiff:

YOU AND EACH OF YOU will please take notice that Pierce County, a legal subdivision of the State of Washington; Elizabeth W. Earp and John Doe Earp; Richard D. Malidore and Jane Doe Malidore; John Doe Williams and Jane Doe Williams; and John Doe MacArthur and Jane Doe MacArthur, Defendants, by and through their attorneys, Mark

NOTICE OF APPEARANCE OF DEFENDANTS - 1
Neidinger NOA.doc
USDC WAWD No C10-5702 RBL

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main Office: (253) 798-6732
Fax: (253) 798-6713

Lindquist, Pierce County Prosecuting Attorney, and Michelle Luna-Green, Deputy Prosecuting Attorney, enter their appearance herein without waiving, among other things, the questions of:

1. Lack of jurisdiction over the subject matter;

2. Lack of jurisdiction over the person;

3. Improper venue;

4. Insufficiency of process;

5. Insufficiency of service of process;

6. Failure to state a claim upon which relief can be granted;

7. Failure to join a party under Rule 19.

You are hereby further notified that all papers and notices, except process, be served upon the undersigned attorneys.

DATED this 15th day of October, 2010.

    MARK LINDQUIST
    Prosecuting Attorney

    s/ MICHELLE LUNA-GREEN
    MICHELLE LUNA-GREEN
    State Bar Number 27088
    Pierce County Prosecutor / Civil
    955 Tacoma Avenue South, Suite 301
    Tacoma, WA  98402-2160
    Ph: 253-798-6380 / Fax: 253-798-6713
    E-mail:  mluna@co.pierce.wa.us

NOTICE OF APPEARANCE OF DEFENDANTS - 2
Neidinger NOA.doc
USDC WAWD No C10-5702 RBL

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main Office:  (253) 798-6732
Fax:  (253) 798-6713

## CERTIFICATE OF SERVICE

On October 15, 2010, I hereby certify that I electronically filed the foregoing NOTICE OF APPEARANCE OF DEFENDANTS with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Christopher Taylor:** christopher@evergreenlawgrp.com

<pre>
s/ CHRISTINA M. SMITH
CHRISTINA M. SMITH
Legal Assistant
Pierce County Prosecutor's Office
Civil Division, Suite 301
955 Tacoma Avenue South
Tacoma, WA 98402-2160
Ph:  253-798-7732 / Fax:  253-798-6713
</pre>

NOTICE OF APPEARANCE OF DEFENDANTS - 3
Neidinger NOA.doc
USDC WAWD No C10-5702 RBL

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main Office:  (253) 798-6732
Fax:  (253) 798-6713