Honorable Ronald B. Leighton
U.S. District Judge

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KRISTINE M. NEIDINGER,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF PIERCE; ELIZABETH W. EARP and JOHN DOE EARP and the marital community thereof; RICHARD D. MALIDORE and JANE DOE MALIDORE and the marital community thereof; JOHN DOE WILLIAMS and JANE DOE WILLIAMS and the marital community thereof; and JOHN DOE MacARTHUR and JANE DOE MacARTHUR and the marital community thereof,<br><br>Defendants. | NO. C10-5702 RBL<br><br>DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO AMEND COMPLAINT<br><br>NOTED ON MOTION DOCKET:<br>JUNE 3, 2011 |

COME NOW Defendants County of Pierce, Elizabeth W. Earp, John Doe Earp, Richard D. Malidore, Jane Doe Malidore, John Doe Williams, Jane Doe Williams, John Doe MacArthur, and Jane Doe MacArthur and submit the following response to Plaintiff's Motion to Amend Complaint.

Defendants have no objection to the filing of an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a).  Defendants maintain the right to file an Answer to

DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO AMEND COMPLAINT - 1
Neidinger Resp Mot to Amend.doc
USDC WAWD No C10-5702 RBL

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main Office:  (253) 798-6732
Fax:  (253) 798-6713

Plaintiff's Amended Complaint once this Court accepts filing of the proposed Amended Complaint.

DATED this 27th day of May, 2011.

    MARK LINDQUIST
    Prosecuting Attorney

    s/ MICHELLE LUNA-GREEN
    MICHELLE LUNA-GREEN
    State Bar Number 27088
    Pierce County Prosecutor / Civil
    955 Tacoma Avenue South, Suite 301
    Tacoma, WA  98402-2160
    Ph: 253-798-6380 / Fax: 253-798-6713
    E-mail:  mluna@co.pierce.wa.us

## **CERTIFICATE OF SERVICE**

On May 27, 2011, I hereby certify that I electronically filed the foregoing DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO AMEND COMPLAINT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Christopher Taylor:**  christopher@evergreenlawgrp.com

    s/ CHRISTINA M. SMITH
    CHRISTINA M. SMITH
    Legal Assistant
    Pierce County Prosecutor's Office
    Civil Division, Suite 301
    955 Tacoma Avenue South
    Tacoma, WA 98402-2160
    Ph:  253-798-7732 / Fax:  253-798-6713

DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO AMEND COMPLAINT - 2
Neidinger Resp Mot to Amend.doc
USDC WAWD No C10-5702 RBL

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main Office:  (253) 798-6732
Fax:  (253) 798-6713