Honorable Ronald B. Leighton
U.S. District Judge

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KRISTINE M. NEIDINGER,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF PIERCE; ELIZABETH W. EARP and JOHN DOE EARP and the marital community thereof; RICHARD D. MALIDORE and JANE DOE MALIDORE and the marital community thereof; JOHN DOE WILLIAMS and JANE DOE WILLIAMS and the marital community thereof; and JOHN DOE MacARTHUR and JANE DOE MacARTHUR and the marital community thereof,<br><br>　　　　　　　　　Defendants. | NO. C10-5702 RBL<br><br>NOTICE OF UNAVAILABILITY OF COUNSEL |

TO:　　　　CLERK OF THE ABOVE-ENTITLED COURT

AND TO:　　KRISTINE M. NEIDINGER, Plaintiff Above Named

AND TO:　　CHRISTOPHER TAYLOR, Attorney for Plaintiff

　　　PLEASE TAKE NOTICE that the undersigned attorney of record, Michelle Luna-Green, will be absent from her office from June 19, 2012, through June 22, 2012. The undersigned, therefore, requests that no depositions, motions, court hearings, examinations, or

NOTICE OF UNAVAILABILITY OF COUNSEL - 1
Neidinger NOU5.docx
USDC WAWD No C10-5702 RBL

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main Office: (253) 798-6732
Fax: (253) 798-6713

other matters which require her attention in person or by pleading be scheduled within said period of absence or for one week immediately thereafter so as to preclude adequate preparation.

The undersigned has no partners or associates sufficiently familiar with this case to be able to work on same and supervise or introduce another attorney to the facts and proceedings involved in this case.  The undersigned will request terms or other sanctions should any matters requiring her attention or attendance be scheduled during this time.

The undersigned further requests that the Clerk of the Court transmit this information whenever any motion or other matter is set within the time period stated above to inform the Court hearing the matter of the filing of this notice.

DATED this 22nd day of May, 2012.

MARK LINDQUIST
Prosecuting Attorney

s/ MICHELLE LUNA-GREEN
MICHELLE LUNA-GREEN
State Bar Number 27088
Pierce County Prosecutor / Civil
955 Tacoma Avenue South, Suite 301
Tacoma, WA  98402-2160
Ph: 253-798-6380 / Fax: 253-798-6713
E-mail:  mluna@co.pierce.wa.us

NOTICE OF UNAVAILABILITY OF COUNSEL - 2
Neidinger NOU5.docx
USDC WAWD No C10-5702 RBL

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main Office:  (253) 798-6732
Fax:  (253) 798-6713

## CERTIFICATE OF SERVICE

On May 22, 2012, I hereby certify that I electronically filed the foregoing NOTICE OF UNAVAILABILITY OF COUNSEL with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Christopher Taylor:**  taylor@ftlawps.com

s/ JAMIKA T. HILLIARD
JAMIKA T. HILLIARD
Legal Assistant
Pierce County Prosecutor's Office
Civil Division, Suite 301
955 Tacoma Avenue South
Tacoma, WA 98402-2160
Ph:  253-798-6872 / Fax:  253-798-6713

NOTICE OF UNAVAILABILITY OF COUNSEL - 3
Neidinger NOU5.docx
USDC WAWD No C10-5702 RBL

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main Office:  (253) 798-6732
Fax:  (253) 798-6713