# Procedures for Handling Exhibits

1.  Exhibit stickers/labels/tags can be obtained from the Clerk's Office or from the courtroom deputy at the pretrial conference.  Example: (or counsel may produce their own sticker)

    ```
    Case # _____

    Exhibit # _____

    Admitted _____
    ```

2.  All trial exhibits must be pre-marked by counsel. Plaintiff's exhibits shall be numbered consecutively beginning with number 1. Defendant's exhibits shall be numbered consecutively beginning with number A-1. Duplicate documents shall not be listed twice on the exhibit list. Once a party has identified an exhibit on the exhibit list or in the pretrial order, any party may use it.

3.  If the exhibit or witness list is revised at any time after it is filed with the court, counsel shall file a revised list with the court.

4.  The original set of exhibits shall be submitted in binders with tabbed dividers between exhibits.

5.  A second set of exhibits (copies) for the Court should also be in binders with tabbed dividers between exhibits.

6.  **Copies should be delivered to Jean Boring, Courtroom Deputy, the Monday prior to trial, or upon other arrangements made with the clerk or Judge during the Pretrial Conference.**
    ***Originals shall be brought to court the first day of trial.

7.  **If the DEPS equipment will be used by any party at trial, the party shall make arrangements to attend the technology training provided by the court.**

    www.wawd.uscourts.gov/courtservices/technologyinthecourtroom.htm

    Prior to the pretrial conference, the parties should contact Jean Boring, Courtroom Deputy Clerk, jean@wawd.uscourts.gov, or (253) 882-3823) to schedule a time to test any equipment that the parties wish to use at trial. If there is time the equipment can be tested before or after the pretrial conference.