Honorable Ronald B. Leighton
U.S. District Judge

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| KRISTINE M. NEIDINGER, | NO. C10-5702 RBL |
|---|---|
| Plaintiff, | |
| vs. | DEFENDANTS' PROPOSED JURY INSTRUCTIONS |
| ELIZABETH WYATT EARP; RICHARD D. MALIDORE and LOIS K. MALIDORE and the marital community thereof; JAMES PATRICK WILLIAMS and REBEKAH JILL WILLIAMS and the marital community thereof; and JULIE McARTHUR and ALLEN McARTHUR and the marital community thereof, | |
| Defendants. | |

Defendants respectfully request the Court to submit to the jury the following instructions.

DATED this 7th day of September, 2012.

s/ MICHELLE LUNA-GREEN
MICHELLE LUNA-GREEN/WSB#27088
Pierce County Prosecutor / Civil
955 Tacoma Avenue South, Ste 301
Tacoma, WA 98402-2160
Ph: 253-798-6380 / Fax: 253-798-6713
E-mail: mluna@co.pierce.wa.us

DEFENDANTS' PROPOSED JURY INSTRUCTIONS - 1
Neidinger PC prop jury inst.docx
USDC WAWD No C10-5702 RBL

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main Office: (253) 798-6732
Fax: (253) 798-6713

| DEFENDANTS' PROPOSED JURY INSTRUCTIONS | | | |
|---|---|---|---|
| Number | Title | Source | Page No. |
| 1 | Particular rights – fourth amendment – unreasonable seizure of person – excessive force | 9th Cir. Model Jury Instructions 9.22 (modified); *Graham v. Connor*, 490 U.S. 386, 396-97, 109 S.Ct. 1865, 1872 (1989); *Scott v. United States*, 436 U.S. 128, 137-39, 98 S.Ct. 1717, 1723-24, 56 L.Ed.2d 168 (1978); *Hazeltime v. Montoya*, 2012 WL 761242, 8 (E.D.Cal. 2012) | 2 |
| 2 | Integral Participation | *Cunningham v. Gates*, 229 F.3d 1271, 1289 -1290 (9th Cir. 2000) | 2 |
| - | Defendants' Proposed Jury Interrogatories | *See* Trial Brief | Interrogatories p. 1 & 2 |

DEFENDANTS' PROPOSED JURY INSTRUCTIONS - 2
Neidinger PC prop jury inst.docx
USDC WAWD No C10-5702 RBL

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main Office: (253) 798-6732
Fax: (253) 798-6713

Defendants' Proposed Instruction No. 1

PARTICULAR RIGHTS – FOURTH AMENDMENT-UNREASONABLE SEIZURE OF PERSON-EXCESSIVE NONDEADLY FORCE

In general, a seizure of a person is unreasonable under the Fourth Amendment if a corrections officer uses excessive force in restraining another or in defending himself, herself or others. Thus, in order to prove an unreasonable seizure in this case, the plaintiff must prove by a preponderance of the evidence that the officers used excessive force when they used force upon plaintiff in placing her in restraints while in the individual booking cell.

Under the Fourth Amendment, a corrections officer may only use such force as is "objectively reasonable" under all of the circumstances. In other words, you must judge the reasonableness of a particular use of force from the perspective of a reasonable officer on the scene and not with the 20/20 vision of hindsight and *without regard to their underlying intent or motivation*.

In determining whether the officers used excessive force in this case, consider all of the circumstances known to the officers on the scene, including:

1. The severity of the crime or other circumstances to which the officers were responding;

2. Whether the plaintiff posed an immediate threat to the safety of the officers or to others;

3. Whether the plaintiff was actively resisting arrest restraint or attempting to evade arrest restraint by flight;

4. The amount of time and any changing circumstances during which the officer had to determine the type and amount of force that appeared to be necessary;

5. The type and amount of force used;

6. The availability of alternative methods to subdue the plaintiff; and

7. Whether inmate posed an immediate threat to the safety of herself.

8. *Whether plaintiff's actions posed a threat to maintaining security and order in the jail.*

9th Circuit Model Civil Jury Instruction 9.22 (2007) (modified); *Graham v. Connor*, 490 U.S.

DEFENDANTS' PROPOSED JURY INSTRUCTIONS - 3
Neidinger PC prop jury inst.docx
USDC WAWD No C10-5702 RBL

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main Office: (253) 798-6732
Fax: (253) 798-6713

386, 396-97, 109 S.Ct. 1865, 1872 (1989); *Scott v. United States*, 436 U.S. 128, 137-39, 98 S.Ct. 1717, 1723-24, 56 L.Ed.2d 168 (1978)("An officer's evil intentions will not make a Fourth Amendment violation out of an objectively reasonable use of force). *See Hazeltime v. Montoya*, 2012 WL 761242, 8 (E.D.Cal. 2012) ("the Graham factors do not adequately take into consideration the governmental interests at stake when resistance occurs in a custodial setting).

DEFENDANTS' PROPOSED JURY INSTRUCTIONS - 4
Neidinger PC prop jury inst.docx
USDC WAWD No C10-5702 RBL

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main Office:  (253) 798-6732
Fax:  (253) 798-6713

Defendants' Proposed Instruction No. 2

INTEGRAL PARTICIPATION

Even if an officer's actions do not independently constitute excessive force, that officer may be liable for excessive force used against another person if that officer was an integral participant to that use of force.  An officer is an integral participant if he participated in some meaningful way in that use of force, was aware of the use of force to be used, and did not object to it and had a realistic opportunity to intercede and failed to do so.

*Cunningham v. Gates*,  229 F.3d 1271, 1289 -1290 (9th Cir. 2000)

DEFENDANTS' PROPOSED JURY INSTRUCTIONS - 5
Neidinger PC prop jury inst.docx
USDC WAWD No C10-5702 RBL

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main Office:  (253) 798-6732
Fax:  (253) 798-6713

Honorable Ronald B. Leighton
U.S. District Judge

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KRISTINE M. NEIDINGER, | NO. C10-5702 RBL |
| Plaintiff, | |
| vs. | DEFENDANTS' PROPOSED JURY INTERROGATORIES |
| COUNTY OF PIERCE; ELIZABETH WYATT EARP; RICHARD D. MALIDORE and LOIS K. MALIDORE and the marital community thereof; JAMES PATRICK WILLIAMS and REBEKAH JILL WILLIAMS and the marital community thereof; and JULIE McARTHUR and ALLEN McARTHUR and the marital community thereof, | |
| Defendants. | |

Answer the following questions only if you find a deputy or deputies used excessive force.

We, the jury, answer questions submitted by the Court as follows:

QUESTION NO. 1: When officers entered the cell to restrain plaintiff, had plaintiff obeyed commands by turning and facing the wall?

Answer "Yes" or "No"

ANSWER:      ☐ Yes      ☐ No

DEFENDANTS' PROPOSED JURY INSTRUCTIONS - 6
Neidinger PC prop jury inst.docx
USDC WAWD No C10-5702 RBL

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main Office: (253) 798-6732
Fax: (253) 798-6713

QUESTION NO. 2:  Did any officer choke or attempt to choke plaintiff with their hands? Answer "Yes" or "No"

ANSWER:            ☐ Yes        ☐ No

QUESTION NO. 3:  Did Sergeant Malidore continue to tase plaintiff after she was placed in restraints?

Answer "Yes" or "No"

ANSWER:            ☐ Yes        ☐ No

Verdict returned this _____ day of September 2012.

_____
Presiding Juror

DEFENDANTS' PROPOSED JURY INSTRUCTIONS - 7
Neidinger PC prop jury inst.docx
USDC WAWD No C10-5702 RBL

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main Office:  (253) 798-6732
Fax:  (253) 798-6713