Honorable Ronald B. Leighton
U.S. District Judge

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KRISTINE M. NEIDINGER,<br><br>      Plaintiff,<br><br>vs.<br><br>ELIZABETH WYATT EARP; RICHARD D. MALIDORE and LOIS K. MALIDORE and the marital community thereof; JAMES PATRICK WILLIAMS and REBEKAH JILL WILLIAMS and the marital community thereof; and JULIE McARTHUR and ALLEN McARTHUR and the marital community thereof,<br><br>      Defendants. | NO. C10-5702 RBL<br><br>[PROPOSED] PRETRIAL ORDER |

The Parties jointly submit this Proposed Pre-Trial Order.

## I. JURISDICTION

Federal Jurisdiction: Agreed.

## II. CLAIMS AND DEFENSES

Plaintiffs will pursue at trial the following claims:

1. 42 U.S.C. §1983 excessive force claim against Defendant Earp.

2. 42 U.S.C. §1983 excessive force claim against Defendant Malidore.

PROPOSED PRETRIAL ORDER - 1
Neidinger PT Ord Jt Prop 09 07 12.docx
USDC WAWD No C10-5702 RBL

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main Office:  (253) 798-6732
Fax:  (253) 798-6713

3. 42 U.S.C. §1983 excessive force claim against Defendant Williams.

Defendants will pursue at trial the following affirmative defenses:

1. Qualified Immunity.

2. Failure to Mitigate Damages.

### III.   ADMITTED FACTS

1. On April 9 and 10, 2008, Sgt. Malidore, Dep. Earp, and Dep. Williams each were employed as correctional officers in the Pierce County Jail by Pierce County, a local government entity, and were at all relevant times acting within the scope of their employment.

2. On the afternoon of April 9, 2008, Ms. Neidinger was arrested by the Tacoma Police Department for misdemeanor malicious mischief and brought to the Pierce County Jail for booking.

3. At booking, Ms. Neidinger refused to take out her navel ring, concealed numerous piercings, and as a result failed booking.

4. Ms. Neidinger was placed into a single-occupancy locked cell in the booking area without handcuffs.

5. After being placed in the cell, Ms. Neidinger repeatedly banged on the cell door and repeatedly yelled and screamed at the jail staff to bring her medication.

6. Shortly after being placed in the cell, Sgt. Malidore told Ms. Neidinger to stop banging on the cell door.

7. Ms. Neidinger displayed her bare buttocks to Sgt. Malidore and then continued to pound on the door and demand medication. Sgt. Malidore stepped away from the door.

8. As Ms. Neidinger continued to pound on the door and scream for medication, Sgt. Malidore approached her cell and advised her that if she did not stop banging on the door

PROPOSED PRETRIAL ORDER - 2
Neidinger PT Ord Jt Prop 09 07 12.docx
USDC WAWD No C10-5702 RBL

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main Office: (253) 798-6732
Fax: (253) 798-6713

she would be restrained. Sgt. Malidore instructed her to step away from the door

9. Sgt. Malidore, together with Dep. Earp and Dep. Williams, entered the cell.

10. Sgt. Malidore TASED in drive stun mode on Ms. Neidinger on at least two occasions.

11. Some combination of Sgt. Malidore, Dep. Earp, and Dep. Williams took Ms. Neidinger to the floor of the cell, restrained Ms. Neidinger's arms and legs, and attached at least one of her restraints to an eye bolt in the floor of the cell.

12. Ms. Neidinger was left in the cell, restrained, for more than two hours.

13. While restrained in the cell an officer looked in on Ms. Neidinger approximately every 30-40 minutes to examine her welfare and safety.

14. Ms. Neidinger received medical care in the jail medical clinic.

**CONTENTIONS**

**A. Plaintiff Contends:**

1. Neither Sgt. Malidore, Dep. Earp, nor Dep. Williams had reason to believe Ms. Neidinger was a danger to herself or others based upon her behavior or otherwise after she was placed in the locked, single-occupancy booking cell.

2. Prior to Dep. Earp. opening the door to Ms. Neidinger's cell, Sgt. Malidore displayed a TASER through the window in the cell door.

3. Prior to Dep. Earp. opening the door to Ms. Neidinger's cell, Ms. Neidinger became compliant with any and all verbal orders from Sgt. Malidore, Dep. Earp, and Dep. Williams, except possibly to the extent her actions were involuntary.

4. Some combination of Sgt. Malidore, Dep. Earp, and Dep. Williams, in the process of placing Ms. Neidinger into restraints, did use a TASER on Ms. Neidinger, slam her

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main Office: (253) 798-6732
Fax: (253) 798-6713

body into the floor, sit on her, hit her, pull her hair, and choke her neck.

5.   Sgt. Malidore, Dep. Earp., and Dep. Williams each were integral participants to the assaultive restraining of Ms. Neidinger.

6.   Ms. Neidinger was left in the cell, restrained, for more than two hours with her vomit and urine.

**7.**   As a result of the actions of Sgt. Malidore, Dep. Earp, and Dep. Williams, Ms. Neidinger did vomit; urinate; lost consciousness or had a near death experience; had a hard time breathing; suffered extraordinary physical pain; suffered numbness; suffered numerous wounds and bruises; suffered emotional distress; suffered anxiety; and suffered humiliation.

**B.   Defendants Contend:**

1.   Ms. Neidinger was arrested for committing the crime of malicious mischief, domestic violence.

2.   Ms. Neidinger suffered injuries as the result of her own combative behavior with her boyfriend which was the subject matter of her arrest.

3.   Sgt. Malidore told Ms. Neidinger to stop banging on the cell door as to not hurt herself or she would be handcuffed. Sgt. Malidore made this request on at least two occasions but Ms. Neidinger ignored these requests.

4.   Ms. Neidinger refused to obey commands to back towards the wall and turn around so the officers could cuff her. Sgt. Malidore instructed Ms. Neidinger to go to the back of the cell, turn around, and place her hands behind her back. Sgt. Malidore displayed a taser through the window in the cell door, and Ms. Neidinger saw the taser and heard the commands.

PROPOSED PRETRIAL ORDER - 4
Neidinger PT Ord Jt Prop 09 07 12.docx
USDC WAWD No C10-5702 RBL

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main Office: (253) 798-6732
Fax: (253) 798-6713

5. Ms. Neidinger failed to obey repeated commands from officers to cease pounding on the cell door and screaming and as a result she posed a threat of harm to herself and caused a disruption in the booking area.

6. Sgt. Malidore, Deputy Earp, and Deputy Williams entered Ms. Neidinger's cell in order to protect her from self harm and to restore order in the booking area.

7. As Sgt. Malidore attempted to enter to restrain Ms. Neidinger, Ms. Neidinger held her ground and a determination was made that the quickest and safest method to restrain her was to gain control with the use of a taser and quickly restrain her.

8. Ms. Neidinger became more combative, slapping at the taser, and forcing reapplication of the taser.

9. After Ms. Neidinger was placed on the ground she continued to struggle with Deputies Earp and Williams as they placed wrist and ankle restraints on her.

10. Sergeant Malidore used no more force than was objectively reasonable to place restraints on Ms. Neidinger.

11. Deputy Earp used no more force than was objectively reasonable to place restraints on Ms. Neidinger.

12. Deputy Williams used no more force than was objectively reasonable to place restraints on Ms. Neidinger.

13. Ms. Neidinger was not restrained any longer than reasonably necessary to calm her down enough to continue the booking process.

14. Even if the officers used more force than was reasonably necessary to restrain Ms. Neidinger, there is no clearly established law establishing that use of a taser in this manner is excessive force and therefore all defendants are entitled to qualified immunity.

PROPOSED PRETRIAL ORDER - 5
Neidinger PT Ord Jt Prop 09 07 12.docx
USDC WAWD No C10-5702 RBL

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main Office: (253) 798-6732
Fax: (253) 798-6713

15. Even if Deputy Williams, Deputy Earp, or Sgt. Malidore used excessive force, such force was not the proximate cause of any damages or injuries alleged by Ms. Neidinger.

## IV.   ISSUES OF LAW

1. Motions in Limine.

2. Jury Instructions.

3. *Daubert* motion regarding contagion effect.

4. Qualified Immunity.

## VI.   WITNESSES

**A.   Plaintiff Will Call:**

1. Kristine M. Neidinger
   1152 Aberdeen Avenue NE
   Renton, WA 98056.

Testimony will concern personal knowledge of her role in the incident which is the subject of this lawsuit, as well as damages resulting therefrom. Will testify.

2. Ernest Burwell
   PO Box 2083
   Thompson Falls, MT 59873.

Testimony as use of force expert. Will testify.

3. Richard D. Malidore
   Pierce County Jail.

Testimony will concern personal knowledge of his role in the incident which is the subject of this lawsuit. Will testify.

4. Elizabeth W. Earp
   Pierce County Jail.

Testimony will concern personal knowledge of her role in the incident which is the subject of this lawsuit. Will testify.

PROPOSED PRETRIAL ORDER - 6
Neidinger PT Ord Jt Prop 09 07 12.docx
USDC WAWD No C10-5702 RBL

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main Office: (253) 798-6732
Fax: (253) 798-6713

     5.       James P. Williams
              Pierce County Jail

Testimony will concern personal knowledge of his role in the incident which is the subject of this lawsuit. Will testify.

     6.       Dennis Richards
              12264 210th Place SE
              Issaquah, WA 98027

Testimony will concern personal knowledge of his observations and actions in the aftermath of the incident which is the subject of this lawsuit. Possible witness only.

**B.    Defendants Will Call:**

     1.       Elizabeth Wyatt Earp
              Pierce County Corrections Deputy
              c/o Michelle Luna-Green
              955 Tacoma Avenue South, Suite 301
              Tacoma, WA 98402
              253-798-6380
              Will testify

Deputy Earp will testify that inmates in holding cells may injure themselves if they are allowed to continue banging on cell doors and to the effectiveness of taser use in a correctional setting. She will explain all of the circumstances leading up to the need to restrain Ms. Neidinger during the booking process. She will also testify to the use of the taser and restraints in this case that and that Ms. Neidinger was never choked.

     2.       Ann Michelle Van Zuyt
              Pierce County Corrections Deputy
              c/o Michelle Luna-Green
              955 Tacoma Avenue South, Suite 301
              Tacoma, WA 98402
              253-798-6380
              Will testify

Deputy Van Zuyt will testify regarding Ms. Neidinger's disruptive behavior during the initial booking process which led to Ms. Neidinger failing booking and being placed in a

PROPOSED PRETRIAL ORDER - 7
Neidinger PT Ord Jt Prop 09 07 12.docx
USDC WAWD No C10-5702 RBL

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main Office: (253) 798-6732
Fax: (253) 798-6713

holding cell.

       3.      Sgt. Richard D. Malidore
               Pierce County Correctional Sergeant
               c/o Michelle Luna-Green
               955 Tacoma Avenue South, Suite 301
               Tacoma, WA  98402
               253-798-6380
               Will testify

Sgt. Malidore will testify that inmates in holding cells may injure themselves if they are allowed to continue banging on cell doors and to the effectiveness of taser use in a correctional setting.  He will explain all of the circumstances leading up to the need to restrain Ms. Neidinger during the booking process, including the use of the taser and handcuffs. Sgt. Malidore will testify that he did not choke Ms. Neidinger or use any more force than was necessary to place her in handcuffs and leg restraints, and that no force was used once she was in restraints.  Sgt. Malidore will also explain the classification process of inmates and Ms. Neidinger's classification.

       4.      Kenneth Leo Fleck
               Pierce County Correctional Physicians Assistant
               c/o Michelle Luna-Green
               955 Tacoma Avenue South, Suite 301
               Tacoma, WA  98402
               253-798-6380
               May testify

P.A. Fleck will testify concerning the medical information of plaintiff while in jail during this incident.

       5.      Ltnt. Sandra Gerrish
               Pierce County Correctional Lieutenant
               c/o Michelle Luna-Green
               955 Tacoma Avenue South, Suite 301
               Tacoma, WA  98402
               253-798-6380
               Will testify

PROPOSED PRETRIAL ORDER - 8
Neidinger PT Ord Jt Prop 09 07 12.docx
USDC WAWD No C10-5702 RBL

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main Office:  (253) 798-6732
Fax:  (253) 798-6713

Ltnt. Gerrish will testify about Ms. Neidinger's disruptive behavior in booking. Ltnt. Gerrish will testify regarding the booking process and safety considerations in the booking area. Ltnt. Gerrish will also testify that she was in the doorway when the taser was used and that she observed the deputies quickly attempt to get Ms. Neidinger's arms and legs under control to restrain her but that Ms. Neidinger continued to resist as they were attempting to restrain her. Ltnt. Gerrish will testify that she did not observe Sgt. Malidore place a choke hold on Ms. Neidinger and that she did not observe anyone use any amount of force above what was reasonably necessary to restrain Ms. Neidinger. She will also testify that the amount of time Ms. Neidinger was restrained in the holding cell was reasonable. Ltnt. Gerrish will also testify regarding the classification process and Ms. Neidinger's classification.

6. Sophie Stiles
Pierce County Corrections Deputy
c/o Michelle Luna-Green
955 Tacoma Avenue South, Suite 301
Tacoma, WA  98402
253-798-6380
Will testify

Deputy Stiles will testify regarding her interaction with Ms. Neidinger following her transfer from the booking area to general population and that Ms. Neidinger was more interested in calling her boyfriend than going to the medical clinic.

7. Joyce Newlun
Pierce County Correctional Nurse
c/o Michelle Luna-Green
955 Tacoma Avenue South, Suite 301
Tacoma, WA  98402
253-798-6380
May testify

Ms. Newlun will testify concerning her examination of plaintiff after use of the taser.

PROPOSED PRETRIAL ORDER - 9
Neidinger PT Ord Jt Prop 09 07 12.docx
USDC WAWD No C10-5702 RBL

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main Office:  (253) 798-6732
Fax:  (253) 798-6713

        8.        James Patrick Williams
                Pierce County Corrections Deputy
                c/o Michelle Luna-Green
                955 Tacoma Avenue South, Suite 301
                Tacoma, WA  98402
                253-798-6380
                Will testify

Deputy Williams will testify that inmates in holding cells may injure themselves if they are allowed to continue banging on cell doors and to the effectiveness of taser use in a correctional setting.  Deputy Williams will testify that Ms. Neidinger was not following commands from Sgt. Malidore including immediately prior to use of the taser.  Deputy Williams will also testify that Ms. Neidinger continued to resist as he tried to gain control of her legs and that he did not see Sgt. Malidore use a choke hold on Ms. Neidinger.

        9.        Julie McArthur
                Pierce County Corrections Deputy
                c/o Michelle Luna-Green
                955 Tacoma Avenue South, Suite 301
                Tacoma, WA  98402
                253-798-6380
                May testify

Deputy McArthur will testify that her only involvement in this incident was to grab leg irons and hand them to Ltnt. Gerrish.  She did not witness the tasing and restraint or the events leading up to the tasing.

        10.      Captain Marvin Spencer
                Pierce County Sheriff's Department, Corrections
                c/o Michelle Luna-Green
                955 Tacoma Avenue South, Suite 301
                Tacoma, WA  98402
                253-798-6380
                Will testify

Captain Spencer will testify to the policy and procedure in the jail regarding booking, use of force, and taser use.  Captain Spencer will testify regarding the general operations of

PROPOSED PRETRIAL ORDER - 10
Neidinger PT Ord Jt Prop 09 07 12.docx
USDC WAWD No C10-5702 RBL

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main Office:  (253) 798-6732
Fax:  (253) 798-6713

running the jail, what safety and security considerations must be taken into account during booking, and why the size and area of booking and holding cells influences the use of force decisions for his deputies and sergeants.

  11. Deputy Don Carn
    Pierce County Corrections Deputy
    c/o Michelle Luna-Green
    955 Tacoma Avenue South, Suite 301
    Tacoma, WA  98402
    253-798-6380
    May testify

Deputy Carn will testify to the policy, procedures, and training regarding use of tasers in the jail setting.

  12. Mary Scott, RN
    Nursing Supervisor Pierce County Sheriff's Department, Corrections
    or Juliette Pohl-y-baca Physician Assistant-Corrections
    c/o Michelle Luna-Green
    955 Tacoma Avenue South, Suite 301
    Tacoma, WA  98402
    253-798-6380
    May testify

Ms. Scott or Ms. Pohl-y-baca will speak to the policy and practice in the jail regarding nurse inspections following use of force and will also testify to the jail clinic's practice in documenting notes in a chronological record of medical care and explain the notes in this matter.  She will further testify to the clinic's medical treatment of inmates from booking to release and how the clinic orders and dispenses medication.

  13. Dennis Richards
    12264 210th Pl SE
    Issaquah, WA  98027
    May testify

Mr. Richards will testify regarding the physical altercation between he and Ms. Neidinger the day of the incident which was the basis of her arrest.

PROPOSED PRETRIAL ORDER - 11
Neidinger PT Ord Jt Prop 09 07 12.docx
USDC WAWD No C10-5702 RBL

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main Office:  (253) 798-6732
Fax:  (253) 798-6713

    14.    Tom Burns
           CRT Less Lethal, Inc.
           PO Box 94579
           Seattle, WA 98124
           206-334-4934
           May testify

Mr. Burns will testify regarding use of force and taser use in this case, and that in his opinion the use of force in this case was reasonable.

    15.    Dr. Christian Sloane
           Department of Emergency Medicine
           UCSD Medical Center
           200 W. Arbor Drive
           San Diego, CA  92103
           619-543-6463
           Will testify

Dr. Sloane will testify regarding the medical effects of tasers and will testify that in his opinion the use of the taser in drive stun mode could not have resulted in causing a gastrointestinal medical condition in Ms. Neidinger, is unlikely to have caused any cardiac, long term central nervous system effects, and that he is unaware of any reports of "near death experiences" as a result of taser use on a human subject.

## VII.    EXHIBITS

PLAINTIFF'S EXHIBITS:

| Ex. No. | Exhibit Description | Bates Nos. | No Objection | Authenticity Admitted but Objectionable | Authenticity and Admissibility Objectionable |
|---|---|---|---|---|---|
| 1. | Photo Ms. Neidinger's left back shoulder, with TASER burns | DSC02444 | X | | |
| 2. | Photo of Ms. Neidinger's left arm, with bruises | DSC02446 | X | | |
| 3. | Photo of Ms. Neidinger's neck, with bruises and TASER burs | DSC02447 | X | | |

PROPOSED PRETRIAL ORDER - 12
Neidinger PT Ord Jt Prop 09 07 12.docx
USDC WAWD No C10-5702 RBL

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main Office:  (253) 798-6732
Fax:  (253) 798-6713

| Ex. No. | Exhibit Description | Bates Nos. | No Objection | Authenticity Admitted but Objectionable | Authenticity and Admissibility Objectionable |
|---|---|---|---|---|---|
| 4. | Photo of Ms. Neidinger's left front torso and arm, with bruises | DSC02449 | X | | |
| 5. | Photo of Ms. Neidinger's neck, with TASER burns | DSC02450 | X | | |
| 6. | Photo of Ms. Neidinger's torso and arms, with bruises and TASER burns | DSC02451 | X | | |
| 7. | Photo of Ms. Neidinger's right arm, with bruises | DSC02452 | X | | |
| 8. | Photo of Ms. Neidinger's legs, with bruises | DSC02454 | X | | |
| 9. | Photo of Ms. Neidinger's right leg, with bruises | DSC02455 | X | | |
| 10. | Photo of Ms. Neidinger's right left, with bruises | DSC02456 | X | | |
| 11. | Transcript of deposition upon oral examination of Richard D. Malidore | | | X | |
| 12. | Transcript of deposition upon oral examination of Elizabeth Earp | | | X | |
| 13 | Transcript of deposition upon oral examination of Ernest Burwell | | | X | |

DEFENDANTS' EXHIBITS:

| Ex. No. | Exhibit Description | Bates Nos. | No Objection | Authenticity Admitted but Objectionable | Authenticity and Admissibility Objectionable |
|---|---|---|---|---|---|
| A-1. | PC Medical Records | 002 | X | | |
| A-2 | PC Medical Records | 003 | X | | |
| A-3 | PC Medical Records | 004 | X | | |
| A-4 | PC Medical Records | 005 | X | | |

PROPOSED PRETRIAL ORDER - 13
Neidinger PT Ord Jt Prop 09 07 12.docx
USDC WAWD No C10-5702 RBL

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main Office: (253) 798-6732
Fax: (253) 798-6713

| Ex. No. | Exhibit Description | Bates Nos. | No Objection | Authenticity Admitted but Objectionable | Authenticity and Admissibility Objectionable |
|---|---|---|---|---|---|
| A-5 | PC Booking Records – Swing Shift New Jail | 0050 | X | | |
| A-6 | PC Booking Records – Booking ID Sheet | 0051 | X | | |
| A-7 | PC Booking Records – Charges and Sentence | 0052 | X | | |
| A-8 | PC Booking Records – Special Identification Processing Form | 0053 | X | | |
| A-9 | PC Booking Records – Booking Checklist | 0054 | X | | |
| A-10 | PC Booking Records – Inmate Property Inventory | 0055 | X | | |
| A-11 | PC Booking Records – Initial Housing Assessment | 0056 | X | | |
| A-12 | PC Booking Records- Bail Receipt Information | 0058 | X | | |
| A-13 | PC Booking Records- Inmate Property Inventory | 0059 | X | | |
| A-14 | PC Booking Records- Release from Custody | 0060 | X | | |
| A-15 | Malidore Incident Report | 1958 | X | | |
| A-16 | Earp Incident Report | 1959 | X | | |
| A-17 | Photo of Booking Area | 1960 | X | | |
| A-18 | Photo of Booking Area | 1961 | X | | |
| A-19 | Photo of Booking Area | 1962 | X | | |
| A-20 | Photo of Booking Area | 1963 | X | | |
| A-21 | Photo BK-D with toilet | 1964 | X | | |
| A-22 | Photo BK-D facing out door | 1965 | X | | |
| A-23 | Photo BK-D bench | 1966 | X | | |
| A-24 | Photo BK-D left corner/toilet | 1967 | X | | |
| A-25 | Photo BK-D bench | 1968 | X | | |
| A-26 | Photo BK-D door open, right view | 1969 | X | | |
| A-27 | Photo BK-D outer door left view | 1970 | X | | |

PROPOSED PRETRIAL ORDER - 14
Neidinger PT Ord Jt Prop 09 07 12.docx
USDC WAWD No C10-5702 RBL

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main Office:  (253) 798-6732
Fax:  (253) 798-6713

| Ex. No. | Exhibit Description | Bates Nos. | No Objection | Authenticity Admitted but Objectionable | Authenticity and Admissibility Objectionable |
|---|---|---|---|---|---|
| A-28 | Photo BK-D door closed | 1971 | X | | |
| A-29 | Photo BK-D door closed, wider angle | 1972 | X | | |
| A-30 | Inmate Watch Sheet Employees | 1960-A | X | | |
| A-31 | CRT Powerpoint Slides | 2057-2066 | X | | |
| A-32 | Photograph of Plaintiff | 2448 | X | | |
| A-33 | Ms. Neidinger's Booking Photograph  - Color | | X | | |
| A-34 | Diagram BK-D | | X | | |
| A-35 | Diagram Booking Area | | X | | |
| A-36 | Historical Inmate Behavioral Log Entry Report Person ID 751909 | | X | | |
| A-37 | Neidinger Medical Records – St. Clare – 7-21-08 | 179-194 200-206 220 | | X | |
| A-38 | Neidinger Medical Records – St. Clare – 8-24-09 | 627-650 | | X | |
| A-39 | Neidinger Medical Records –  - Franciscan Behavioral Health - 4-15-09 - | 777-778 | | X | |
| A-40 | Neidinger Medical Records – St. Clare Hospital - 9-30-09 | 519-551  586 | | X | |
| A-41 | Neidinger Medical Records – 10-13-09 - | 504-518 | | X | |
| A-42 | Deposition of Kristine Neidinger, Vol. I & II | | | X | |
| A-43 | Preservation Deposition of Tom Burns | | | X | |
| A-44 | Defendants' Second Set of Interrogatories and Answers Thereto | | X | | |
| A-45 | Defendants' Rule 34 Request for Inspection  - Photograph of Pentagram Necklace | | X | | |

PROPOSED PRETRIAL ORDER - 15
Neidinger PT Ord Jt Prop 09 07 12.docx
USDC WAWD No C10-5702 RBL

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main Office:  (253) 798-6732
Fax:  (253) 798-6713

1   DATED this 7th day of September, 2012.

2                                   MARK LINDQUIST
                                    Prosecuting Attorney
3
                                    s/ MICHELLE LUNA-GREEN
4                                   MICHELLE LUNA-GREEN
                                    State Bar Number 27088
5                                   Pierce County Prosecutor / Civil
                                    955 Tacoma Avenue South, Suite 301
6                                   Tacoma, WA  98402-2160
                                    Ph: 253-798-6380 / Fax: 253-798-6713
7                                   E-mail:  mluna@co.pierce.wa.us

8

9                                   FT LAW, P.S.

10                                  s/ CHRISTOPHER TAYLOR
                                    CHRISTOPHER TAYLOR
11                                  State Bar Number 38413
                                    404 Legion Way SE, Suite 100
12                                  Olympia, WA  98501
                                    Ph:  360-352-8004 / Fax:  360-570-1006
13                                  Email:  taylor@ftlawps.com
                                    Attorney for Plaintiff
14

15                          **CERTIFICATE OF SERVICE**

16      On September 7, 2012, I hereby certify that I electronically filed the foregoing
    DEFENDANTS' PROPOSED VOIR DIRE with the Clerk of the Court using the CM/ECF
17  system which will send notification of such filing to the following:

18

19  • **Christopher Taylor:**  taylor@ftlawps.com

20
                                    s/ JAMIKA T. HILLIARD
21                                  JAMIKA T. HILLIARD
                                    Legal Assistant
22                                  Pierce County Prosecutor's Office
                                    Civil Division, Suite 301
23                                  955 Tacoma Avenue South
                                    Tacoma, WA 98402-2160
24                                  Ph:  253-798-6872 / Fax:  253-798-6713
25