Honorable Ronald B. Leighton
U.S. District Judge

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KRISTINE M. NEIDINGER,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>ELIZABETH WYATT EARP; RICHARD D. MALIDORE and LOIS K. MALIDORE and the marital community thereof; JAMES PATRICK WILLIAMS and REBEKAH JILL WILLIAMS and the marital community thereof; and JULIE McARTHUR and ALLEN McARTHUR and the marital community thereof,<br><br>　　　　　　　　　Defendants. | NO.  C10-5702 RBL<br><br>ORDER ON DEFENDANTS' MOTIONS IN LIMINE |

THIS MATTER having come on regularly before the above-captioned Court upon the motion of the Defendants to exclude certain references and testimony, the Court having considered the records and files herein, having heard the arguments of counsel, and otherwise deeming itself fully advised in the premises, now, therefore, it is hereby

/ / / /

/ / / /

/ / / /

1

ORDERED, ADJUDGED, AND DECREED that Defendants' Motion in Limine No. 1 be GRANTED.  It is further

ORDERED, ADJUDGED, AND DECREED that Defendants' Motion in Limine No. 2 be DENIED.  It is further

ORDERED, ADJUDGED, AND DECREED that Defendants' Motion in Limine No. 3a.  be GRANTED.  It is further

ORDERED, ADJUDGED, AND DECREED that Defendants' Motion in Limine No. 3b.  be DENIED.  It is further

ORDERED, ADJUDGED, AND DECREED that Defendants' Motion in Limine No. 4 be DENIED.  It is further

ORDERED, ADJUDGED, AND DECREED that Defendants' Motion in Limine No. 5 be GRANTED.

DONE IN OPEN COURT this 11th day of September, 2012.

Ronald B. Leighton
United States District Judge

Presented by:

MARK LINDQUIST
Prosecuting Attorney

s/ MICHELLE LUNA-GREEN
MICHELLE LUNA-GREEN
State Bar Number 27088
Pierce County Prosecutor / Civil
955 Tacoma Avenue South, Suite 301
Tacoma, WA  98402-2160
Ph: 253-798-6380 / Fax: 253-798-6713
E-mail:  mluna@co.pierce.wa.us

Approved for Entry:

F.T. LAW, P.S.

CHRISTOPHER TAYLOR
State Bar Number 38413
404 Legion Way SE, Suite 100
Olympia, WA  98501
Ph:  360-352-8004 / Fax:  360-570-1006
Email:  taylor@ftlawps.com

2